UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE, TENNESSEE

**NORMAN and ANN WEATHERSBY,**

    Plaintiffs

vs.

                                          No: 3:11-CV-00558

**EQUINOX FINANCIAL MANAGEMENT
SOLUTIONS, INC.,**

    Defendant

## STIPULATION OF DISMISSAL

Plaintiffs, Norman and Ann Weathersby and Defendant, Equinox Financial Management Solutions, Inc., hereby stipulate to the dismissal of this matter, with prejudice. Each party shall bear their own costs.

This the 25th day of July, 2012.

| | |
|---|---|
| /s/ Alan C. Lee | /s/ John M. Lawhorn |
| Alan C. Lee, Esq. (BPR No. 12700) | John M. Lawhorn (BPR No. 14388) |
| P.O. Box 1357 | Frantz, McConnell & Seymour, LLP |
| Talbot, TN 37877-1357 | P.O. Box 39 |
| (423) 581-0924 | Knoxville, TN 37901 |
| Attorney for Plaintiffs | (865) 546-9321 |
| | Attorney for Defendant |